NO. 07-12-0335-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 NOVEMBER 20, 2012
 _____________________________

 JAYDA LANE COVINGTON,

 Appellant
 v.

 THE STATE OF TEXAS,

 Appellee
 _____________________________

 FROM THE 242ND DISTRICT COURT OF HALE COUNTY;

 NO. B18835-1106; HONORABLE EDWARD LEE SELF, PRESIDING
 _____________________________

 Memorandum Opinion
 _____________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
 Appellant Jayda Lane Covington was convicted of forgery of a
financial instrument after pleading guilty, and she was sentenced by a jury
to two years confinement and a fine of $2,500. She has appealed.
 However, her appointed counsel filed a motion to withdraw, together
with an Anders[1] brief. In the latter, he certified that, after
diligently searching the record, he has concluded that the appeal was
without merit. Along with his brief, counsel attached a copy of a letter
sent to appellant informing her of counsel's belief that there was no
reversible error and of appellant's right to file a response or brief pro
se. By letter dated October 11, 2012, this court also notified appellant
of her right to tender her own brief or response and set November 12, 2012,
as the deadline to do so. To date, neither a brief nor a motion to extend
the time to file a brief has been received.
 In compliance with the principles enunciated in Anders, counsel
stated that he has reviewed the facts and law including his client's plea
of guilty outside the presence of the jury, the Court's admonitions to his
client regarding the plea, the voir dire examination, the full trial of
this matter, the court's charge and argument of counsel, her stipulation of
guilt, and the punishment ultimately levied. We also reviewed the record,
sua sponte, to uncover any arguable error pursuant to the duty imposed by
Stafford v. State, 813 S.W.2d 503 (Tex. Crim. App. 1991). Our review has
also failed to disclose potential or arguable error.
 Accordingly, the motion to withdraw is granted, and the judgment is
affirmed.

 Brian Quinn
 Chief Justice
Do not publish.
-----------------------
 [1]Anders v. California, 386 U.S. 738, 744-45, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967).